# **Sealed Exhibit**

Concurrent with the Complaint, Plaintiff seeks leave to file Exhibits 1 and 2 under seal.