IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Pencil Grip, Inc., | Case No.:22-cv-6919 |
| Plaintiff, | |
| v. | Judge: Honorable Mary M. Rowland |
| 5210 Amy Daily' Store *et al.*, | |
| | Magistrate: Honorable Gabriel Fuentes |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff The Pencil Grip, Inc. ("Pencil Grip") against the defendants identified Exhibit 2 of the Plaintiff's complaint, and using the Defendant Domain Names and Online Marketplace Accounts identified on Exhibit 2 thereto (collectively, the "Defendant Internet Stores"), and Pencil Grip having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Pencil Grip having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Pencil Grip has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Pencil Grip' federally registered trademark (the "Pencil Grip Trademark") to residents of Illinois.

In this case, Pencil Grip has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Pencil Grip Trademark. *See* Docket No. 8, Attachments ##5-24, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Pencil Grip Trademark.

The Pencil Grip Trademark is described in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 3,510,353 | **CHAIR SOCKS** | CLASS 20: Chair leg end covers and desk leg end covers |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Pencil Grip's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Pencil Grip Trademark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Pencil Grip product or not authorized by Pencil Grip to be sold in connection with the Pencil Grip Trademark;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Pencil Grip product or any other product produced by Pencil Grip, that is not Pencil Grip's or not produced under the authorization, control, or supervision of Pencil Grip and approved by Pencil Grip for sale under the Pencil Grip Trademark;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Pencil Grip, or are sponsored by, approved by, or otherwise connected with Pencil Grip; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Pencil Grip, nor authorized by Pencil Grip to be sold or offered for sale, and which bear any of Pencil Grip's trademarks, including the

        Pencil Grip Trademark, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Pencil Grip's choosing:

   a. transfer the Defendant Domain Names to Pencil Grip's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Pencil Grip's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Pencil Grip's selection; or

   b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

       a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could

        continue to sell counterfeit and infringing goods using the Pencil Grip Trademark; and

        b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Pencil Grip Trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Pencil Grip product or not authorized by Pencil Grip to be sold in connection with the Pencil Grip Trademark.

4. Upon Pencil Grip' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Pencil Grip Trademark.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Pencil Grip is awarded statutory damages from each of the Defaulting Defendants in the amount of One-Hundred Thousand Dollars ($100,000.00) for willful use of counterfeit Pencil Grip Trademark on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Inc., Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the

Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Inc., Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Pencil Grip as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Inc., Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Pencil Grip the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Pencil Grip has recovered full payment of monies owed to it by any Defaulting Defendant, Pencil Grip shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Pencil Grip identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Pencil Grip may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Docket 23 and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The Ten-Thousand dollar ($10,000) surety bond posted by Pencil Grip is hereby released to Pencil Grip or its counsel, Keener and Associates, P.C. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Pencil Grip or its counsel.

This is a Default Judgment.

Dated: February 22, 2023

_____

Mary M. Rowland
United States District Judge

**Schedule A**

| Doe | Platform | Store Name | Seller ID | Defendant Email |
|---|---|---|---|---|
| 67 | Amazon | AMAZRecommend | A9H4S5GKC2IR | jta2018@126.com |
| 68 | Amazon | Anonyme | A3MGOHC7E4Q4T7 | h0zrcgh@2980.com |
| 69 | Amazon | BoeshiBa | A10NX7373YPM5X | qxbqxb2017@163.com |
| 70 | Amazon | caixiangjiatingnongchang | A11J86NL2EI2YF | fengyanru2022@outlook.com |
| 71 | Amazon | Chaoyimei | A1S7JL207RRMJ5 | support@freebily.com |
| 73 | Amazon | chuangxindishop | A11CHPVFNA7VG0 | chuanxindichuan369@163.com |
| 74 | Amazon | Clarking | A3NYSU1GEU0DVG | injoyus@163.com |
| 77 | Amazon | Ct Speaker | A2YWGM2RMK9AZ5 | 196256478@qq.com |
| 80 | Amazon | EVEROASIS | A3KMCA28KNZRJK | everoasisusa@outlook.com |
| 81 | Amazon | fashion seller | A15VNVN1OOGJV5 | 3347988830@qq.com |
| 82 | Amazon | Fast delivery (7-15 days to your doorstep) | AZW6TY4TJ4APY | maokejin200@163.com |
| 83 | Amazon | FDASG | AUHUCFZSRL61D | uiy7889y89h@aliyun.com |
| 85 | Amazon | FIYO | A12T3KJ8I78QP5 | 15303715868@163.com |
| 88 | Amazon | guangzhouendianshangmao youxiangongsi | A1MVB6HPLTFWYV | endian4qia@163.com |
| 91 | Amazon | Honeymoon Shop | A1CU5UYZI8ZGP7 | yanqiu2008@outlook.com |
| 93 | Amazon | Hurmers | A260GXQ8XP6NBI | miaomiao178@outlook.com |
| 95 | Amazon | Amazon | A1DJ9YO96DOABI | csizhaotianjd@sina.com |
| 98 | Amazon | JUNLINWAIZAISHANG MAO | AO6YGPX1OZMV | aa15766372455hh@163.com |
| 99 | Amazon | Junmeiyi | AOGJIY1E3GTIA | jmy_cs@hotmail.com |
| 100 | Amazon | KKZdianzi | AQJ40W5WHXP8C | kuikui28@outlook.com |
| 104 | Amazon | LovePlus | A1MXG7GP050DIM | 2478428306@qq.com |
| 106 | Amazon | Memawscustomcrochet | A18JWTLPVMCNA6 | memawscustomcrochet@protonmail.com |
| 107 | Amazon | morefashion | A26LUG891CQVA9 | 3079854468@qq.com |
| 108 | Amazon | Muxizac-US | A2KBISTF8R9JWQ | yeirokis@sina.com |
| 109 | Amazon | MZISEEM-US | A1ER18NKDWW0Z8 | hkywlus@tom.com |
| 111 | Amazon | NX Garden | A33VOXF7H3Z0XP | wstywx@sina.com |
| 112 | Amazon | padiro | ASR1NJJ3VOVXJ | taomierus@163.com |
| 113 | Amazon | Partgry-T | A2K5DI8VX12AN1 | partgry002@sina.com |
| 115 | Amazon | Pickloud-US | A3LSEPOTIX89P1 | jdbvxaa@hotmail.com |
| 117 | Amazon | Sccety | AAV1O4G3ZO423 | bearb3are5@126.com |
| 118 | Amazon | sdsadasdassd | A24C1IXAKGTXWC | chuicong500@163.com |
| 119 | Amazon | Septpenta | A3EMG87FDC4VLU | tzlmdemi@163.com |
| 122 | Amazon | SHIMI01 | A1TZUXU9RBPDVF | dengsimin111@outlook.com |
| 123 | Amazon | SIBELL | A13TZGPRY0FSPV | sibellzjpom@hotmail.com |
| 126 | Amazon | taiyuanchenjiaolulai | A245AZ0627OETJ | soujiuchao@163.com |
| 127 | Amazon | tanus | A28ZWXW3ZSVNZU | tanus018@163.com |
| 133 | Amazon | Vakitar-m | A392YI9UIVL8CF | shenglunshangmao@163.com |
| 140 | Amazon | xianhuashuiguodian | AVNEKUPXZKH75 | gqp486492@163.com |
| 141 | Amazon | Xsorter® | A2RPADL01WRGK | amandauppereast@outlook.com |
| 143 | Amazon | YIoyiY | A2VN7EYR9HM3OJ | yongshigesong@sohu.com |
| 144 | Amazon | YXkj | A2NLBUGUD6KDVL | yxkjxf@126.com |
| 145 | Amazon | Zishengqindianzi | A1I29DQ91FALYO | bibi171687@163.com |

| Doe | Platform | Store Name | Seller ID | Defendant Email |
|---|---|---|---|---|
| 146 | DhGate | Ag9s | 21819464 | yunht2017@126.com |
| 147 | DhGate | Ahj1 | 21800987 | youyi1288@126.com |
| 148 | DhGate | Baguoo | 21634659 | m16560314348@163.com |
| 149 | DhGate | Baolv | 20059154 | baolvxiaolv@163.com |
| 150 | DhGate | Beautyfours | 21634540 | m16561112412@163.com |
| 151 | DhGate | Bkpl | 21800986 | youyi1288@126.com |
| 152 | DhGate | Bobomy | 21616143 | 3626241756@qq.com |
| 153 | DhGate | Callmi | 21616153 | 3319371475@qq.com |
| 154 | DhGate | Ccapablea | 21634697 | m16508453224@163.com |
| 155 | DhGate | Chuckhayes | 21635587 | m17064672237@163.com |
| 156 | DhGate | Cindy668 | 19793231 | chao91998@163.com |
| 157 | DhGate | Congqim34 | 21634681 | m16560314348@163.com |
| 158 | DhGate | Deafoliation | 21634686 | m16508453224@163.com |
| 159 | DhGate | Dresscuten | 21634642 | m16561112412@163.com |
| 160 | DhGate | Dressingirl | 21634643 | m16561112412@163.com |
| 161 | DhGate | Elnl | 21800984 | youyi1288@126.com |
| 162 | DhGate | Encharm | 21634954 | m16561184757@163.com |
| 163 | DhGate | Esw_house | 20308319 | zcqiqi@163.com |
| 164 | DhGate | Eyeswell Technology Co.,Ltd/eyeswellsummer | 14277828 | lrpangel@163.com |
| 165 | DhGate | Fashion_show2017 | 20749312 | 18126479751@163.com |
| 166 | DhGate | Fight2010 | 21610966 | fjlybde@outlook.com |
| 167 | DhGate | Firstchoicee | 21635377 | m17061335274@163.com |
| 168 | DhGate | Freelady | 21378050 | dhgateseller002@163.com |
| 169 | DhGate | Gabrielcoo | 21634512 | m16559473404@163.com |
| 170 | DhGate | Galry | 20249163 | m13246974743@163.com |
| 171 | DhGate | Gelatocakeshop | 21774981 | napnsm@hotmail.com |
| 172 | DhGate | Giftanddd | 21634693 | m16508453224@163.com |
| 173 | DhGate | Gor2don | 20323581 | 18620371874@163.com |
| 174 | DhGate | Hanchaoliu | 21628304 | m16513674053@163.com |
| 175 | DhGate | Hangxinli | 21635042 | m17039317357@163.com |
| 176 | DhGate | Hansomefours | 21634541 | m16561112412@163.com |
| 177 | DhGate | Happpyzone | 21136366 | like_jason@163.com |
| 178 | DhGate | Home & Garden&Ourdoor/bdhome | 15757929 | lianbluese@163.com |
| 179 | DhGate | Home Pillow Case/china_smoke | 20023446 | rhdsykc@163.com |
| 180 | DhGate | Hometogether | 21298424 | xmbuycenter@163.com |
| 181 | DhGate | Jifengjh | 21631250 | m16508744269@163.com |
| 182 | DhGate | Jikefang | 21635129 | m17064671519@163.com |
| 183 | DhGate | Kerykiss | 21616155 | 3319371475@qq.com |
| 184 | DhGate | Kuaikey | 21068143 | shougong009@sina.com |
| 185 | DhGate | Ldd2016 | 20148426 | 407415325@qq.com |
| 186 | DhGate | Liangqic | 21635535 | m17056786246@163.com |
| 187 | DhGate | Likefire | 21616147 | 3626241756@qq.com |
| 188 | DhGate | Locasaa | 21634897 | m16560994075@163.com |
| 189 | DhGate | Lotlot | 20530260 | lotlot@focalvalue.com |
| 190 | DhGate | Loungersofa | 20336474 | 3177184491@qq.com |

| Doe | Platform | Store Name | Seller ID | Defendant Email |
|---|---|---|---|---|
| 191 | DhGate | Luzhouyuea | 21634699 | m16558945407@163.com |
| 192 | DhGate | Margueriter | 20717086 | sihan4555@sina.com |
| 193 | DhGate | Melome | 21136368 | like_jason@163.com |
| 194 | DhGate | Merryseason | 20958864 | 17751072@qq.com |
| 195 | DhGate | Movesports | 21532083 | m18159891392@163.com |
| 196 | DhGate | Mozifang | 21635050 | m17039317357@163.com |
| 197 | DhGate | Newcute | 21068130 | shougong009@sina.com |
| 198 | DhGate | Otke | 21800863 | yunht2014@126.com |
| 199 | DhGate | Ouyanxi | 21635529 | m17056786246@163.com |
| 200 | DhGate | Pagoda | 20717044 | natal2015@sohu.com |
| 201 | DhGate | Paronas | 21635009 | m16508744269@163.com |
| 202 | DhGate | Rosedior/makeup99 | 21553767 | dearkoala9@163.com |
| 203 | DhGate | Rubibegone | 21628308 | l16513674053@163.com |
| 204 | DhGate | Sandoveg | 21634531 | m16559473404@163.com |
| 205 | DhGate | Sanguocao | 21628305 | m16513674053@163.com |
| 206 | DhGate | Sd002 | 20752802 | 3209747955@qq.com |
| 207 | DhGate | Sikuu | 21635748 | m16559464603@163.com |
| 208 | DhGate | Stromileswift | 21635580 | m17064672237@163.com |
| 209 | DhGate | Sukatiger | 21347254 | dhgateseller001@163.com |
| 210 | DhGate | Timojiang | 21630963 | m16560994075@163.com |
| 211 | DhGate | Urqueen | 21616151 | 3319371475@qq.com |
| 212 | DhGate | Ursosmart | 21634977 | m16561184757@163.com |
| 213 | DhGate | Wangzhaojunli | 21635032 | m17039317357@163.com |
| 214 | DhGate | Wearnice | 21378171 | dhgateseller002@163.com |
| 215 | DhGate | Wuchashuo | 21635533 | m17056786246@163.com |
| 216 | DhGate | Xianbeilo | 21631225 | m16559473404@163.com |
| 217 | DhGate | Xianstore08 | 21697321 | dhxianstore@163.com |
| 218 | DhGate | Yanghuaxiao | 21634893 | m16561183433@163.com |
| 219 | DhGate | Yangtoog | 21634635 | jsbxiatian7@outlook.com |
| 220 | DhGate | Yasuogu | 21631009 | m16561183433@163.com |
| 221 | DhGate | Ygdasf | 21826866 | fq89xl7i@outlook.com |
| 222 | DhGate | Yinke_home | 21107738 | 3084879478@qq.com |
| 223 | DhGate | Youtiaone | 21631216 | m16561183433@163.com |
| 224 | DhGate | Youyeshanhu | 20419196 | gudushanhu@126.com |
| 225 | DhGate | Zhouyufang | 21635130 | m17064671519@163.com |
| 226 | DhGate | Zhuziqin | 21635558 | m17064672237@163.com |
| 227 | DhGate | Zongjieya | 21634808 | m16560314741@163.com |
| 228 | DhGate | Zuiyifu | 21582585 | longyidafz3@163.com |
| 229 | DhGate | Zuoyixl | 21631030 | m16508744269@163.com |
| 232 | Ebay | 2018bestdeal | 2018bestdeal | extraordinaryibai@163.com |
| 233 | Ebay | accessories2store/leth-8122 | accessories2store | baoyen16990@gmail.com |
| 237 | Ebay | angelsabide2861/schweighofer673 | angelsabide2861 | angelsabound@hughes.net |
| 238 | Ebay | apluspart/aplusparts2016 | apluspart | aplusauto@outlook.com |
| 239 | Ebay | applicationwo1 | applicationwo1 | applicationwo@163.com |
| 242 | Ebay | bestseller827 | bestseller827 | cuxuan2108@163.com |
| 244 | Ebay | bitmapy2 | bitmapy2 | bitmapy@163.com |

| Doe | Platform | Store Name | Seller ID | Defendant Email |
|---|---|---|---|---|
| 248 | Ebay | brillianttool168/cosplayworld_us | brillianttool168 | sw_service_3@163.com |
| 249 | Ebay | brosforjoes74/exo-sales | brosforjoes74 | exosales76@gmail.com |
| 252 | Ebay | cenyonline/elec-mall | cenyonline | cenyuonline@happilyhope.com |
| 258 | Ebay | cocoskyna0 | cocoskyna0 | cocoskyna@hotmail.com |
| 261 | Ebay | cutiemaya11 | cutiemaya11 | mayaroberts11@gmail.com |
| 262 | Ebay | cuxu72 | cuxu72 | cuxuan688@163.com |
| 265 | Ebay | dhara8949 | dhara8949 | jlahiru348@gmail.com |
| 268 | Ebay | directimports1899 | directimports1899 | directimports188@outlook.com |
| 269 | Ebay | ehangy8 | ehangy8 | ehangy847@outlook.com |
| 272 | Ebay | exao | exao | fashionzone123@163.com |
| 274 | Ebay | fenjin46 | fenjin46 | fenjingbo013@163.com |
| 275 | Ebay | fikwahstore/fikwah0 | fikwahstore | wfikhri@yahoo.com |
| 276 | Ebay | fivestarseller915 | fivestarseller915 | cuxuan2209@163.com |
| 280 | Ebay | garage7autoparts | garage7autoparts | garage777@outlook.com |
| 282 | Ebay | glorykings/glory_kings | glorykings | klewsuyore@163.com |
| 283 | Ebay | gone37lo | gone37lo | dewwgone91@outlook.com |
| 286 | Ebay | happygirl366 | happygirl366 | happy_girl369@yahoo.com |
| 287 | Ebay | happyjanuary1 | happyjanuary1 | happyjanuary@hotmail.com |
| 290 | Ebay | heke4929/heke-4929 | heke4929 | heyrakeyle@yahoo.com |
| 297 | Ebay | ivannastore/debmil-2546 | ivannastore | kuxiu5201919@outlook.com |
| 299 | Ebay | jmusinfinite/fer_8134 | jmusinfinite | lferrer0426@gmail.com |
| 301 | Ebay | jvconvertibles | jvconvertibles | guestmaximizer1@gmail.com |
| 303 | Ebay | kcjunqueshoppe/thejunqueshoppekc | kcjunqueshoppe | junque.shoppe@yahoo.com |
| 304 | Ebay | keytimeya0 | keytimeya0 | keytimeya@hotmail.com |
| 307 | Ebay | libinbin2018 | libinbin2018 | libinbin2047@163.com |
| 310 | Ebay | magicbulbs | magicbulbs | a6henweit1319@163.com |
| 313 | Ebay | milleniumshoppingconcept/lupix05.lm_4 | milleniumshoppingconcept | lupix05.lm@gmail.com |
| 314 | Ebay | mingshop9 | mingshop9 | mingshop99@gmail.com |
| 317 | Ebay | mkshopstore | mkshopstore | mkshop00188@gmail.com |
| 318 | Ebay | moonstair8 | moonstair8 | moonstair@hotmail.com |
| 319 | Ebay | mostore86/mo-el27 | mostore86 | mo.el2016@aol.com |
| 322 | Ebay | namirastore/hejo3870 | namirastore | hewisjone64@outlook.com |
| 326 | Ebay | personalha1 | personalha1 | personalha@163.com |
| 332 | Ebay | ranistore15/ranom_32 | ranistore15 | abdorania92@gmail.com |
| 333 | Ebay | resalecentralws/winstonsalem278 | resalecentralws | JoshWa1278@gmail.com |
| 335 | Ebay | safepurchase100 | safepurchase100 | ossidigital@gmail.com |
| 336 | Ebay | samurafdyspw | samurafdyspw | rafallewismad@gmail.com |
| 337 | Ebay | satellitewang9 | satellitewang9 | satellitewang@hotmail.com |
| 340 | Ebay | shathishdileepa98 | shathishdileepa98 | dileepasadaruwan98@gmail.com |
| 345 | Ebay | specialysun16 | specialysun16 | specialysun@hotmail.com |
| 347 | Ebay | sportingtop1/sporting_top1 | sportingtop1 | cfbfgs@163.com |
| 354 | Ebay | techtanastore/techtana-store | techtanastore | techtana@ebatu.com |
| 362 | Ebay | topstylechick | topstylechick | mauisonia@aol.com |

11

| Doe | Platform | Store Name | Seller ID | Defendant Email |
|---|---|---|---|---|
| 367 | Ebay | unlimitedcellular | unlimitedcellular | customerservice@unlimitedcellular.com |
| 370 | Ebay | upupseller | upupseller | cuxuan6655@163.com |
| 371 | Ebay | victros50 | victros50 | victoriaashley0322@icloud.com |
| 374 | Ebay | whereshop4/whereshop.4 | whereshop4 | renyuegou667@163.com |
| 375 | Ebay | whickeddeals | whickeddeals | brandonwhicker@gmail.com |
| 376 | Ebay | widestvarietyofgoods/snieguole_5 | widestvarietyofgoods | snieguolezazeckiene@gmail.com |
| 377 | Ebay | wmhx/l20258 | wmhx | l20201207@hotmail.com |
| 379 | Ebay | wonderfulbuying36588 | wonderfulbuying36588 | wonderfulbuying365@126.com |
| 380 | Ebay | xed3/xedstore.3 | xed3 | yihuaigai585@163.com |
| 390 | Wish | b8b8b8bb8 | 5e8f4d4b5165531e40d6f109 | ruanjiao19680713@163.com |
| 391 | Wish | baolianmeimei | 58d778beea8ec35579ae030e | huangzhijiaokan@sohu.com |
| 393 | Wish | besagift | 55e7e41e606d0a18fdfc67d1 | besagift@outlook.com |
| 394 | Wish | Billion | 59351a8c25c4f518e1e0ab0c | echo.hoo@outlook.com |
| 395 | Wish | BlanchoBedding | 59cf5ea7b771732077f3c28c | lance@blanchobedding.com |
| 396 | Wish | Blue Glory Star | 62a85225aea2047c0613cc86 | blueglorystar@gmail.com |
| 399 | Wish | chalers | 59bf6be42351342cdea9d5b6 | hairstonwinston74@gmail.com |
| 402 | Wish | colaswag | 590731d3980a344538ae1034 | dengyou990334@sohu.com |
| 403 | Wish | Collr | 60fb91f4930f9c005ade0424 | v06jci@163.com |
| 405 | Wish | CXTDP | 592e929023358823ae368975 | xiezhong616@sohu.com |
| 408 | Wish | dezina_jan | 5832e7da728de61045d4a26c | luchuang194@163.com |
| 409 | Wish | didashops | 60474edbd90ad751f1332573 | 2yanzhichao@163.com |
| 412 | Wish | edixun2018 | 5b066b75c721a91898f89e67 | edixun8899@outlook.com |
| 413 | Wish | Erdocremas | 6112c5cd712dea248630f9db | r844xu@163.com |
| 414 | Wish | Etoraelart | 5b6ea7addd0e3172cd072430 | winriver0813@163.com |
| 417 | Wish | fashionhomes | 57b54e7e7f296f18b270faf6 | m96717207fuanlu0@163.com |
| 418 | Wish | Feinde | 559141734cfec4404a12142d | 30349651@qq.com |
| 421 | Wish | gjwgjw | 58d3bd968d58da588d7eb145 | schertenefte@hotmail.com |
| 423 | Wish | grtgt | 5f0ff90929e7863d42c67051 | qdf4893439ji@163.com |
| 424 | Wish | hoehfyowe | 5a0942160f193f1b9c2bd862 | ihdsyfoiw3242@hotmail.com |
| 431 | Wish | huihui123 | 58a3fc99e99a5352b818341c | hanzhi76582725@sohu.com |
| 432 | Wish | hykstock | 59476e6c8635f03b9285cb23 | hykstock@126.com |
| 433 | Wish | ihbuy-jewerly | 577fb24afe80a419a31adff9 | eub95573776mixu@163.com |
| 440 | Wish | kidscare | 5b768482b6099937ee275dfa | qh151jd@hotmail.com |
| 441 | Wish | kunlingchan | 578a49ce7c5d59593ea5ecb1 | a06293495lia@163.com |
| 443 | Wish | littlemementos | 582d980aa6e3f07e006e0f58 | a05syj@163.com |
| 445 | Wish | maobuyiCN | 5d63e8bcec136c4eca25f2f7 | shuai340@sina.com |
| 446 | Wish | MAONAME | 59bce7a2ae228e122a472ee3 | 3415311058@qq.com |
| 448 | Wish | MJJ Sunshine | 5837089fe18c0f0c3fdd4643 | fengxiuriu@163.com |
| 450 | Wish | Mr Dream Building | 589eae067e284a5c083fc0f0 | 442911751@qq.com |
| 452 | Wish | oceamap | 56e12f989d6ec218c6d53c8c | oceamap@163.com |
| 454 | Wish | pioneer2 | 5836b722ef562809246be88e | houtopjinn@outlook.com |
| 455 | Wish | pionia | 6118141f4911637e2778f39b | sz2ieh@163.com |
| 456 | Wish | PKGoodGoods | 5b891b8f2eb51f18073ab2e4 | pspring187@outlook.com |
| 457 | Wish | pourvhearttomson | 58217c4352aa7407b9feb2a1 | pouruhearttomson@126.com |
| 459 | Wish | quyduongtb77 | 5ef499cec550e2b0622b4156 | bquyduongtb77@gmail.com |
| 460 | Wish | S&T Global Sport Store | 56e3b4578582fb5e3b6be687 | orderbill@qq.com |

| Doe | Platform | Store Name | Seller ID | Defendant Email |
|---|---|---|---|---|
| 461 | Wish | Sanders spider | 61e8b28a7ee18ff1ee93381a | oco882088@163.com |
| 462 | Wish | sesame in blossom | 612e333dcea3cc560e6ab441 | qdyj66@126.com |
| 470 | Wish | sunflower888 | 5aaca9db9bda4e3359d04ffe | smiletothesunshine@126.com |
| 472 | Wish | wanwan trade | 559e21e7692e4c4051cf7557 | 149928650@qq.com |
| 474 | Wish | wenzhou sgfh co.,ltd | 53e9d946104dae08b1cd8238 | 13587966331@163.com |
| 478 | Wish | xiayuanzhe | 60cc4e11cd64b6e9dbf84efb | itcko722737@163.com |
| 480 | Wish | xihashop | 57209f238606085923403bf5 | goodboys473@gmail.com |
| 481 | Wish | xuhaiyan5608 | 61dcfcee5c26719a95b120ec | yonan775270@163.com |
| 484 | Wish | zhangshuang-home | 604b17f552a0cb19664c16fb | luke5804nca@163.com |
| 485 | Wish | zhangyantao | 5912be4dfc9cce70df26bfcb | ju39096678@sohu.com |
| 486 | Wish | zhaoguocong | 5841a06ce24c5b4858ff8aea | coz372@163.com |
| 487 | Wish | zhaojia900121 | 5840e9d5d914f56ac588f45f | coz320@163.com |
| 489 | Wish | zhengpinbusiness | 5595f929be1afa332a2fda64 | zhengpinbusiness@hotmail.com |
| 490 | Wish | zhoujian4179 | 6172732ed93133d03457ad38 | shantuihe1fe@163.com |
| 491 | Wish | zhouzhou70 | 60371ea7a291bb36d8fc3e09 | w18014178160@163.com |